# United States Court of Appeals for the Fifth Circuit

No. 23-50380
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 19, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Oscar Mendez-Carrillo,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-291-1

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

The attorney appointed to represent Oscar Mendez-Carrillo has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mendez-Carrillo has filed a response. We have reviewed counsel's brief, relevant portions of the record, and Mendez-Carrillo's response.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50380

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.